# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **$73,260.00 IN UNITED STATES CURRENCY,** <br><br> **Defendant.** | 8:13CV203 <br><br> **DEFAULT JUDGMENT** |

This matter is before the Court on the Plaintiff's Motion for Default Judgment and Decree of Forfeiture (Filing No. 36) against the Defendant, $73,260.00 in United States Currency, Jon Moore and any other unknown individuals.

Plaintiff filed an Amended Complaint for Forfeiture *In Rem* on July 8, 2013. (Filing No. 5.) A Warrant for Arrest *In Rem* was issued by this Court and was properly served on the Defendant property by the U.S. Customs and Border Protection. (*See* Filing Nos. 7, 11.) Publication of the notice of this action and of the arrest of the Defendant property was duly made pursuant to Order of this Court dated July 12, 2013. (Filing Nos. 9 and 15.)

On August 9, 2013, the U.S. Customs and Border Protection served Jon Moore with the Amended Complaint for Forfeiture *In Rem*, the Notice of Complaint for Forfeiture, and the Warrant for Arrest *In Rem* by handing copies of the same to Jason LeDell, who identified himself as the associate manager at Jon Moore's residence, the Veer Towers, 3722 Las Vegas Blvd. South, Las Vegas Nevada, 89158. (Filing No. 12, Process Receipt and Return.)

A Clerk's Entry of Default was entered against Jon Moore on November 16, 2015. (Filing No. 35.) No other person or entity entitled to the Defendant property has filed a Claim or an Answer in response to Plaintiff's Complaint for Forfeiture *In Rem* within the time fixed by law. Accordingly, the Plaintiff's Motion Decree of Forfeiture will be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Default Judgment and Decree of Forfeiture (Filing No. 36) is granted;

2. All right, title and interest in or to the Defendant currency held by any person or entity is hereby forever barred and foreclosed;

3. The Defendant currency shall be and the same hereby is forfeited to the United States of America; and

4. The Defendant currency shall be disposed of by the United States of America in accordance with law.

Dated this 10th day of December, 2015

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge